DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LENNARD PATRICK JERVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0014

[April 4, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502014CF009021A.

Lennard Patrick Jervis, South Bay, pro se.

No response required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***